1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   ANTONIO J. PATACA
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          | CASE NO. 1:22-CR-00021-DAD-BAM
   |                        Plaintiff,  | STIPULATION REGARDING DISCOVERY;
13 |                                    | FINDINGS AND PROTECTIVE ORDER
   |              v.                    |
14 |                                    |
   | JONATHAN GALLEGOS,                 |
15 | ANDRES PEREZ,                      |
   | JESUS ANGULO                       |
16 |                                    |
   |                        Defendants. |
17

18                        **STIPULATION**

19     1.    The discovery in the above-mentioned case includes thousands of pages of police reports

20 and search warrant affidavits that contain Personal Identifying Information of the defendants, other

21 targets of the investigation, and non-targets of the investigation

22     2.    The government will make best efforts to redact from the discovery personal identifying

23 information of parties, such as social security numbers, driver's license numbers, etc.

24     3.    The parties and defense counsel, including but not limited to defense counsel's staff,

25 investigators, and outside assistants, shall not disclose to the defendant or any third party who is not a

26 member of defense counsel's staff or hired as defense investigators or outside assistants, discovery in

27  STIPULATION AND PROPOSED DISCOVERY          1
    PROTECTIVE ORDER
28

this case, which includes but is not limited to documents, tape-recordings, and other items released by the government, unless such items have been independently reviewed for Personal Identifying Information and redacted by defense counsel prior to disclosure.

4. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

IT IS SO STIPULATED.

Dated:  January 26, 2022  PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  January 26, 2022  /s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI
Counsel for Defendant
Jonathan Gallegos

Dated:  January 26, 2022  /s/ ROBERT C. LAMAUNUZZI
ROBERT C. LAMAUNUZZI
Counsel for Defendant
Andres Perez

Dated:  January 26, 2022  /s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
Jesus Angulo

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

2

**ORDER**

IT IS SO ORDERED.

Dated:  **January 27, 2022**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

3