1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  139 W. El Portal Dr.; Suite D
   Merced, CA 95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  JESUS LOPEZ ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00021 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JESUS LOPEZ ANGULO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for June 12, 2023, may be continued to July 24, 2023, at 8:30 am for an in-person sentencing.

Mr. Angulo's pre-sentence interview was not completed in sufficient time for probation to complete the draft PSR. Counsel for Mr. Angulo and the government have no objection to the requested continuance. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 10/21/21        /s/ Justin Gilio
        JUSTIN GILIO
        Assistant United States Attorney
        Attorney for Plaintiff


DATED: 10/21/21        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        TANNER HERNANDEZ-FIELDS

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to July 24, 2023, at 8:30 am for an in-person sentencing. The presentencing schedule shall be rescheduled accordingly.

IT IS SO ORDERED.

Dated:   May 22, 2023

        UNITED STATES DISTRICT JUDGE

USA v. Angulo – Stipulation and Order to Continue Sentencing