DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JESUS LOPEZ ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS LOPEZ ANGULO,<br><br>Defendant. | Case No. 1:22-CR-00021<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for July 24, 2023, may be continued to August 21, 2023, at 8:30 a.m. for an in-person sentencing.

Counsel's informal objections inadvertently omitted a relevant paragraph of objections. Probation indicates that additional time is required to address those issues and that an amended report is required. As such, the parties request sentencing be continued and the deadlines re-set.

IT IS SO SIPULATED:

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

DATED: 7/13/2023                                    /s/ Justin Gilio
                                                    JUSTIN GILIO
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

DATED: 7/13/2023  /s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
JESUS LOPEZ ANGULO

### ORDER

IT IS SO ORDERED that the sentencing hearing in the above captioned case shall be continued to August 21, 2023, at 8:30 a.m. for an in-person sentencing. The presentencing schedule shall be rescheduled accordingly.

IT IS SO ORDERED.

Dated:  July 13, 2023

UNITED STATES DISTRICT JUDGE