DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JESUS LOPEZ ANGULO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00021 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| JESUS LOPEZ ANGULO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for August 21, 2023, may be continued to August 28, 2023, at 8:30 a.m.

Defense counsel's formal objections were due on August 7, 2023. Defense counsel is out of town and has experienced unforeseen technical difficulties which have prevented him from filing those objections in a timely fashion. As such, the parties request sentencing be continued and the deadline for defense objections to be re-set to August 14, 2023.

IT IS SO SIPULATED:

        PHILLIP A. TALBERT
        United States Attorney

DATED: 8/10/2023        /s/ Justin Gilio
        JUSTIN GILIO
        Assistant United States Attorney
        Attorney for Plaintiff

DATED: 8/10/2023        /s/ Douglas Foster
        DOUGLAS C. FOSTER
        Law Offices of Douglas C. Foster
        Attorney for Defendant
        JESUS LOPEZ ANGULO

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to August 28, 2023, at 8:30 a.m. for an in-person sentencing. Defense's formal objections shall be due on August 14, 2023.

IT IS SO ORDERED.

Dated:   August 10, 2023

        UNITED STATES DISTRICT JUDGE

USA v. Angulo – Stipulation and Order to Continue Sentencing